E. Martin Estrada
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
JOHN E. LEE (CBN 128696)
Assistant United States Attorney
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
09/23/2022
CENTRAL DISTRICT OF CALIFORNIA
BY:   KD   DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. SA CV 21-1144 MEMF (DFMx)<br><br>NOTICE OF [UNDER SEAL]<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

1 | E. Martin Estrada
United States Attorney
2 | DAVID M. HARRIS
Assistant United States Attorney
3 | Chief, Civil Division
ROSS M. CUFF
4 | Assistant United States Attorney
Chief, Civil Fraud Section
5 | JOHN E. LEE (CBN 128696)
Assistant United States Attorney
6 |     300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
7 |     Tel: (213) 894-3995; Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
8
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA *ex rel.* IAN ISAACSON, an individual, | No. SA CV 21-1144 MEMF (DFMx) |
|---|---|
| Plaintiff, | NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND REQUEST TO UNSEAL |
| v. | |
| AMERICAN FINANCIAL NETWORK, INC., a California corporation; JOHN SHERMAN, an individual; JACK SHERMAN, an individual; JONATHAN GWIN, an individual; and TWYLAY HANKINS, an individual, | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| | [FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER |
| Defendants. | |

2

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America, by its attorneys, notifies the Court of its decision not to intervene in this action. Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the *qui tam* plaintiff ("relator") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties provide the United States with notice of the same and the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all papers filed in this action be served upon it. The United States also requests that orders issued by the Court in this action be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date and to seek the dismissal of this action or any claims therein. The United States also requests that it be served with all notices of appeal in this action.

Finally, the United States requests that the Complaint, this Notice, and the accompanying proposed Order be unsealed. The United States further requests that all other papers filed or lodged to date in this action should remain under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: September 23, 2022 | E. Martin Estrada<br>United States Attorney |
| 3 | | DAVID M. HARRIS<br>Chief, Civil Division |
| 4 | | Assistant United States Attorney<br>ROSS M. CUFF |
| 5 | | Chief, Civil Fraud Section<br>Assistant United States Attorney |

*/s/ John E. Lee*

_____
JOHN E. LEE
Assistant United States Attorney

Attorneys for the United States of America

| | |
|---|---|
| 1 | PROOF OF SERVICE BY E-MAIL |

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On September 23, 2022, I caused the service of the NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND REQUEST TO UNSEAL on each person or entity named below by e-mail, pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: September 23, 2022. Place of e-mailing: Los Angeles, California. Person(s) and/or Entity(s) to whom e-mailed:

Robert King, Esq.
King & Siegel LLP
724 S. Spring Street, Suite 201
Los Angeles, CA 90014
(213) 861-2625
robert@kingsiegel.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 23, 2022, at Los Angeles, California.

JOHN E. LEE